

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2021

No. 04-21-00416-CV

Kimi-Lyn **MURRAY,**
Appellant

v.

Phillip **MURRAY,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19449
The Honorable Monique Diaz, Judge Presiding

# O R D E R

On March 22, 2021, appellant filed a statement of inability to afford payment of court costs in the trial court. *See* TEX. R. CIV. P. 145(a). The clerk's record does not contain an order from the trial court overruling appellant's statement, and nothing in our records indicates the court conducted a hearing on that issue. *See id.* R. 145(f) (party who files a statement of inability to pay "must not be ordered to pay costs" without notice and a hearing and "detailed findings that the declarant can afford to pay costs"). On July 2, 2021, the trial court signed a final judgment, and on September 30, 2021, appellant timely filed her notice of appeal. On October 21, 2021, appellant filed a second statement of inability to afford payment of court costs in the trial court.

On November 17, 2021, Mary Oralia Berry, one the court reporters in this case, filed a notification of late record stating that she does not believe her portion of the record "is pertinent to the portions of the record [appellant] has designated in her appeal." Ms. Berry alleges that it would "place[] an undue burden on [her] to produce the record at no cost," and she states she "would like to file a motion to contest" appellant's statement of inability to afford payment of court costs.

The Texas Rules of Appellate Procedure do not give us authority to overrule an appellant's claim of inability to pay fees for preparing the appellate record. *See* TEX. R. APP. P. 20, cmt. to 2016 change. Accordingly, if Ms. Berry wishes to contest appellant's statement of inability to afford payment of court costs, we **ORDER** her to file a motion

in the trial court that complies with Texas Rule of Civil Procedure 145 **by November 29, 2021**. If Ms. Berry files such a motion in the trial court, we further **ORDER** her to notify this court in writing of that filing **by December 1, 2021**. If Ms. Berry does not file a motion in the trial court and notify us of that filing by the dates specified in this order, we will assume she has abandoned her contest to the appellant's statement of inability to afford payment of court costs, and her volume of the reporter's record must be filed in this court **by December 20, 2021**.

_____
Beth Watkins, Justice


      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court